# United States Bankruptcy Court
## Middle District of Florida

In re  **Lewis Timber Company, Inc.**
Debtor(s)

Case No.
Chapter  **7**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Lewis Timber Company, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Eddie Lewis**
**P.O. Box 74**
**Brooker, FL 32622**

☐ None [*Check if applicable*]

**June 18, 2013**
Date

**/s/ Curtis A. Sanders**
**Curtis A. Sanders**
Signature of Attorney or Litigant
Counsel for **Lewis Timber Company, Inc.**
**Curtis A. Sanders, P.A.**
**407 W. Georgia St**
**Starke, FL 32091**
**904-964-4111 Fax:904-964-5111**
**Thesandersfirm@yahoo,com**